STATE, *ex rel.* MANLEY LAWSON, F. W. ROQUEMORE, *et al.,* v. J. M. LEE, as Comptroller.

164 So. 192.

Opinion Filed November 9, 1935.

A case of original jurisdiction—mandamus.

*C. N. Ashmore,* for Petitioners.;

*Cary D. Landis,* Attorney General, for Respondent.

PER CURIAM.—This is a companion case to that of State, *ex rel.* Patterson, v. Lee, as Comptroller, opinion filed this

day and peremptory writ is awarded upon authority of the opinion and judgment in that case.

So ordered.

WHITFIELD, C. J., and TERRELL, BROWN, BUFORD and DAVIS, J. J., concur.